LAWYERS FOR EQUAL JUSTICE
VICTOR GEMINIANI            4354-0
P.O. Box 37952
Honolulu, Hawai`i 96837
Telephone:    (808) 587-7605
Email:    victor@lejhawaii.org

PAUL ALSTON                 1126
J. BLAINE ROGERS            8606
ZACHARY A. MCNISH           8588
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i 96813
Telephone:    (808) 524-1800
Facsimile:    (808) 524-4591
E-mail:  palston@ahfi.com
         brogers@ahfi.com
         zmcnish@ahfi.com

MARGERY S. BRONSTER         4750
ROBERT M. HATCH             7724
CATHERINE L. AUBUCHON       7661
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i 96813
Telephone:    (808) 524-5644
Facsimile:    (808) 599-1881
Email:   mbronster@bhhawaii.net
         rhatch@bhhawaii.net
         caubuchon@bhhawaii.net

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 21 2011
at __6__ o'clock and __45__ min. __a__ M.
SUE BEITIA, CLERK

Attorneys for Plaintiffs
TONY KORAB, TOJIO
CLANTON AND KEBEN ENOCH

766360v1 / 9681-2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TONY KORAB, TOJIO CLANTON and KEBEN ENOCH, individually and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>LILLIAN B. KOLLER, in her official capacity as Director of the State of Hawai`i, Department of Human Services, and KENNETH FINK, in his official capacity as State of Hawai`i, Department of Human Services, Med-QUEST Division Administrator,<br><br>      Defendants. | CIVIL NO. 10-00483 JMS KSC<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT; EXHIBIT "A"; ORDER** |

**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

COME NOW Plaintiffs TONY KORAB, TOJIO CLANTON, and KEBEN ENOCH, individually and on behalf of all persons

766360v1/ 9681-2                                             2

similarly situated ("Plaintiffs"), and Defendants LILLIAN B. KOLLER, in her official capacity as Director of the State of Hawai`i, Department of Human Services, and KENNETH FINK, in his official capacity as State of Hawai`i, Department of Human Services, Med-QUEST Division Administrator (together, "Defendants"), by and through their respective counsel, and hereby stipulate and agree that Plaintiffs may file a First Amended Complaint ("FAC"). A copy of the FAC is attached hereto as Exhibit "A".

DATED: Honolulu, Hawaii, March 15, 2011.

/s/ J. Blaine Rogers
PAUL ALSTON
J. BLAINE ROGERS
JOHN P. DELLERA
LOUIS ERTESCHIK
Attorneys for Plaintiffs

/s/ John F. Molay
HEIDI M. RIAN
JOHN F. MOLAY
LEE-ANN BREWER
Attorneys for Defendants
LIIIAN B. KOLLER and
KENNETH FINK

===========================================================
**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT;** *Korab, et al. v. Koller, et al.,* CV 10-00483 HNS KSC

Dated:  Honolulu, Hawaii, March 18, 2011.

APPROVED AND SO ORDERED:

_____
KEVIN S.C. CHANG
United States Magistrate Judge

=============================================================
**STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT;** *Korab, et al. v. Koller, et al.,* **CV 10-00483 HNS KSC**